*17-20186 CR PAM*

# DOCUMENT RETURNED

# PURSUANT TO COURT ORDER

# DOCKET ENTRY NUMBER  45