UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20186-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID ALEXANDER JONES,

    Defendant
_____/

## ORDER DENYING MOTION TO SEAL

THIS CAUSE came before the Court upon government's motion to seal **[D.E. #40]** and the Court being fully advised in the premises, it is

**ORDERED and ADJUDGED** that said motion to seal is **DENIED.** All documents filed under seal are to be returned to the government.

DONE and ORDERED in Miami-Dade County Florida this __15__ day of October, 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record